**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| THE NOCO COMPANY, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>GUANQZHOU UNIQUE ELECTRONICS CO., LTD., *et al.*,<br><br>     Defendant. | Case 1:20-cv-01169-SO |

## JOINT STATUS REPORT

Pursuant to this Court's August 17, 2022 Order [Dkt. 22], Plaintiff The NOCO Company ("Plaintiff") and Defendants Guanqzhou Unique Electronics Co., Ltd. and Sui Cheng Limited (collectively, "Defendants"), by and through their undersigned counsel, submit this status report concerning the *Inter Partes* Review of U.S. Patent No. 9,007,015 ("the '015 Patent") and subsequent Federal Circuit appeals.

On February 12, 2024, the Federal Circuit issued an order under Fed. Cir. R. 36 affirming the Board's findings in *Inter Partes* Review No. 2020-00944 with respect to the '015 Patent.  If the Court has need of further information, the parties are available for a telephonic conference to provide the Court with the requested information.

1

Dated:  March 14, 2024                              Respectfully Submitted,


*/s/ Meredith M. Wilkes*
Meredith M. Wilkes (0073092)
John C. Evans (0081878)
JONES DAY
901 Lakeside Ave.
Cleveland, OH 44114
Tel: (216) 586-7231
Fax: (216) 579-0212
Email: mwilkes@jonesday.com
Email: jcevans@jonesday.com

*Counsel for Plaintiff*

*/s/  Peter J. Curtin*
Jay Campbell (0041293)
David A. Bernstein (0093955)
TUCKER ELLIS LLP
950 Main Avenue Suite 1100
Cleveland, OH 44113
Tel: 216.592.5000
Fax: 216.592.5009
Email: jay.campbell@tuckerellis.com
david.bernstein@tuckerellis.com

Peter J. Curtin (*Pro Hac Vice*)
ANALECTS LEGAL LLC
1212 S Naper Blvd., Suite #119 - PMB 238
Naperville, IL 60540-7349
Email: pcurtin@analectslegal.com
Tel: 1.240.432.3267

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 14, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Meredith M. Wilkes*</u>
Meredith M. Wilkes

*Attorney for Plaintiff The NOCO Company*